IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRAINE CARPENTER and
AMBER CARPENTER                                          PLAINTIFFS

V.                          CASE NO. 05-6026

RELIANCE STANDARD LIFE INSURANCE
COMPANY, SANDRA CARPENTER, LINDA
CARPENTER and RITA BOYCE                                 DEFENDANTS

## **JUDGMENT**

For the reasons recited within a memorandum opinion of even date, Separate Defendant Reliance Standard Life Insurance's ("Reliance") motion for summary judgment (Doc. 22) is GRANTED and it is hereby DISMISSED WITH PREJUDICE as a Defendant from this matter. Separate Defendants Sandra Carpenter, Linda Carpenter, and Rita Boyce's motion for summary judgment (Doc. 17) is DENIED. Plaintiffs' motion for summary judgment (Doc. 25) is GRANTED and a constructive trust is hereby imposed on the insurance proceeds from the Reliance Standard Insurance Company life insurance policy issued on Alton Carpenter's life. Plaintiffs are hereby awarded the amount of money that was deposited by Reliance Standard Insurance Company into the Registry of this Court, $50,819.09 plus any interest that has accrued. The Clerk of the Court is hereby ordered to disburse the money to Plaintiffs, in equal shares. The parties shall bear their own attorneys' fees and costs. This disposes of all claims in this case.

IT IS SO ORDERED and ADJUDGED this 26th day of January 2006.

    /S/ Robert T. Dawson
Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)